DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILBERT MARTIN CHAMBERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0056

[April 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502020CF000665AXXX.

Carey Haughwout, Public Defender, Paul Edward Petillo, Assistant Public Defender, West Palm Beach, and Jaime A. Aird of the Law Offices of Jaime A. Aird, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***